## UNITED STATES *versus* HENRY HUDSON

JOURNAL ENTRIES (1822): *Journal 3:* (1) Dismissed \*p. 325.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus; (3) precipe for certiorari; (4) writ of certiorari; (5) return to writs of habeas corpus and certiorari.
*1822–23 Calendar*, MS p. 22.

## UNITED STATES *versus* JOHN SARGENT

JOURNAL ENTRIES (1822): *Journal 3:* (1) Dismissed \*p. 325.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) precipe for certiorari; (3) letter from attorney to clerk re costs.
*1822–23 Calendar*, MS p. 47.